In the Matter of the Application of Henry A. Hinman for the Removal of Vena M. Hinman from Office as Administratrix of the Estate of Charles N. Hinman, Deceased.— Order settled.

In the Matter of the Application of Henry A. Hinman, Respondent, for the Removal of Vena M. Hinman, Appellant, from Office as Administratrix of the Estate of Charles N. Hinman, Deceased.— Order amended so as to provide that the application of the respondent upon the appeal for permission to file requests to find is denied.

The People of the State of New York, Plaintiff, v. Bank of Staten Island, Defendant. In the Matter of the Judicial Settlement of the Account of Joseph B. Mayer, Former Receiver of the Bank of Staten Island.—Motion denied.

The People of the State of New York ex rel. Theodore H. Swift and Others, Appellants, v. Robert L. Luce and Others, Respondents.— Judgment affirmed, with costs. All concurred, except Kellogg, J., dissenting.

Ober Stewart, Appellant, v. Jay A. Freeman, Respondent.— Motion granted, without costs of motion, but with costs of appeal.

Richard Turnbull, as Overseer of the Poor of the Town of New Lisbon, N Y., Respondent, v. G. Arthur Gardner, Appellant.— Judgment unanimously affirmed, with costs.

Grace E. Waterman, Plaintiff, v. Theodore H. Waterman, Defendant.— Motion denied.

---

## FOURTH DEPARTMENT, JANUARY, 1912.

Elizabeth A. Hickey, as Administratrix, etc., Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Motion for amendment to order of reversal denied, with ten dollars costs.

Comenaroiz Cepenobuiz, as Administrator, etc., Appellant, v. New York Central and Hudson River Railroad Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Fred C. Trimbey, Appellant, v. Central New York Telephone and Telegraph Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Benjamin V. Lewis and One, as Executors, etc., Respondents, v. William Denison and One, Appellants.— Motion to dismiss appeal granted, with costs, including ten dollars costs of this motion.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 21,675, Issued to Fanny Volkman, Appellant.— Motion to dismiss appeal granted, with costs, including ten dollars costs of this motion.

Mina Smith, Respondent, v. The Doctor Pratt Institute of New York, Defendant, and W. Augustus Pratt, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Sarah A. Krull and Others, Appellants, v. Jacob J. Stein and John Frey, as Executors, etc., of Henry A. Schwartz, Deceased, Respondents.— Judgment affirmed, with costs. All concurred.